[Crim. No. 325.   Third Appellate District.—November 4, 1915.]

## THE PEOPLE, Respondent, v. CHARLES SAUNDERS, Appellant.

CRIMINAL LAW—ABSENCE OF ERROR.—It is held that no error appears in the record in this case.

APPEAL from a judgment of the Superior Court of Tuolumne County and from an order denying a new trial. G. W. Nicol, Judge.

The facts are stated in the opinion of the court.

A. H. Hardy, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

BURNETT, J.—In this case none of the testimony has been brought up and no argument has been made, either oral or written.  We have, however, examined the record which has been filed and discover therein nothing of which the appellant might complain.

The judgment and order are affirmed.

Chipman, P. J., and Hart, J., concurred.